220 So.2d 851

**Robert C. SIMMONS, Jr.**

**v.**

**Vergil HALE et al.**

**2 Div. 523.**

Supreme Court of Alabama.

March 13, 1969.

Reeves & Stewart, Selma, for appellant.

Albert Copeland and James Garrett, Montgomery, for appellees.

LAWSON, Justice.

This is an appeal from a decree sustaining a plea in abatement and dismissing the bill of complaint without awarding costs. Such a decree will not support an appeal. Dorrough v. McKee, 264 Ala. 663, 89 So.2d 77, and cases there cited.

This court will ex mero motu dismiss an appeal which is predicated on a nonappealable order. State ex rel. Powell et al. v. General Acceptance Corp., 269 Ala. 627, 114 So.2d 920.

Appeal dismissed.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.